IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES *ex rel.* JONATHAN D'CUNHA, M.D. | CASE NO. 19-495 |
| Plaintiffs, | DISTRICT JUDGE CATHY BISSOON |
| v. | MOTION FOR VOLUNTARY DISMISSAL OF NON-INTERVENED CLAIMS |
| JAMES D. LUKETICH, M.D., THE UNIVERSITY OF PITTSBURGH MEDICAL CENTER, AND UNIVERSITY OF PITTSBURGH PHYSICIANS, | |
| Defendants. | |

Relator Jonathan D'Cunha, M.D., by and through his undersigned counsel, moves pursuant to Fed .R. Civ. P. 41(a)(2) for an order granting voluntary dismissal of his non-intervened claims and states as follows:

1.      The United States filed a Complaint in Partial Intervention in this *qui tam* case on September 2, 2021.

2.      The Relator moves to voluntarily dismisses without prejudice the claims in his First Amended Complaint in which the United States has not intervened, except for Relator's separate claims under 31 U.S.C. § 3730(d) for attorney fees, costs and expenses and a Relator's share, which he does not seek to dismiss.

3.      The Relator seeks an order under Rule 41(a)(2) because under the False Claims Act, 31 U.S.C. § 3729, *et seq*., a *qui tam* claim may be dismissed only with the consent of the United States and the Court.  31 U.S.C. §3 730(b)(1).

4.      The Court's August 31 Order unsealing this action states that the Court would seek the United States' written consent to any dismissal or resolution of any of the non-intervened claims. August 31 Order (Dkt. 62), at 5.

5.      Relator has informed counsel for the United States of this motion and represents that counsel for the United States are prepared to file written consent to the dismissal of the non-intervened claims.

6.      Accordingly, Relator seeks an order granting voluntary dismissal without prejudice of his non-intervened claims, except his separate claims under 31 U.S.C. §3730(d) which shall not be dismissed and shall be preserved.

Respectfully submitted,

Dated:  September 29, 2021                /s/ Andrew M. Stone
                                          Andrew M. Stone
                                          PA ID No. 35176
                                          astone@stone-law-firm.com
                                          STONE LAW FIRM, LLC
                                          437 Grant Street, Suite 1806
                                          Pittsburgh, PA 15219
                                          Tel: (412) 391-2005

                                          Claire M. Sylvia, *pro hac vice*
                                          CA 138990
                                          csylvia@phillipsandcohen.com
                                          PHILLIPS & COHEN LLP
                                          100 The Embarcadero, Suite 300
                                          San Francisco, CA  94105
                                          Tel.: (415) 836-9000
                                          Fax: (202) 833-1815

                                          Jeffrey W. Dickstein, *pro hac vice*
                                          FL 434892
                                          jdickstein@phillipsandcohen.com
                                          PHILLIPS & COHEN LLP
                                          One Biscayne Tower
                                          2 South Biscayne Blvd., Suite 1600
                                          Miami, FL 33131
                                          Tel: (305) 372-5200

Amy L. Easton, *pro hac vice*
DC 43710
aeaston@phillipsandcohen.com
PHILLIPS & COHEN LLP
2000 Massachusetts Avenue, NW
Washington, DC 20036
Tel.: (202) 833-4567
Fax:  (202) 833-1815


*Counsel for Qui Tam Plaintiff-Relator*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 29th day of September, 2021, true and correct copies of the foregoing Relator's Motion for Voluntary Dismissal of Non-Intevened Claims and proposed order were filed electronically using the CM/ECF filing system, which will automatically send email notification of the filing to each counsel of record.

<u>/s/ Andrew M. Stone</u>
Andrew M. Stone

Counsel for Relator