IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES *ex rel.* JONATHAN
D'CUNHA, M.D.,

                    Plaintiffs,

    v.

JAMES D. LUKETICH, M.D., THE
UNIVERSITY OF PITTSBURGH
MEDICAL CENTER, AND UNIVERSITY
OF PITTSBURGH
PHYSICIANS,

                    Defendants.

CASE NO. 19-495

DISTRICT JUDGE CATHY BISSOON

## **NOTICE OF RESOLUTION**

Following a settlement with Defendants, the United States filed a motion to voluntarily dismiss this case, which the Court granted on April 17, 2023, but retained jurisdiction over Relator's claim for attorneys' fees, costs, and expenses. (Dkt. 136)  The Court provided a specified period of time for the filing of a fee petition or for Relator to inform the Court that the claim had been resolved, *id.*, and that time period was subsequently extended. (Dkt. 138; Dkt. 140).

Relator Jonathan D'Cunha, by and through his counsel, hereby notifies the Court that the parties have resolved the Relator's claim for attorney's fees, costs, and expenses in this matter.

                Respectfully submitted,

Dated:  June 30, 2023

/s/ Claire M. Sylvia
Claire M. Sylvia, *pro hac vice*
CA 138990
csylvia@phillipsandcohen.com
PHILLIPS & COHEN LLP
100 The Embarcadero, Suite 300

San Francisco, CA 94105
Tel.: (415) 836-9000
Fax: (202) 833-1815

Jeffrey W. Dickstein, *pro hac vice*
FL 434892
jdickstein@phillipsandcohen.com
PHILLIPS & COHEN LLP
One Biscayne Tower
2 South Biscayne Blvd., Suite 1600
Miami, FL 33131
Tel: (305) 372-5200

Amy L. Easton, *pro hac vice*
DC 43710
aeaston@phillipsandcohen.com
PHILLIPS & COHEN LLP
2000 Massachusetts Avenue, NW
Washington, DC 20036
Tel.: (202) 833-4567
Fax: (202) 833-1815

Andrew Stone
PA ID No. 35176
astone@stone-law-firm.com
The Stone Law Firm
437 Grant Street
Pittsburgh, PA 15219
Tel: (412) 391-2005


Counsel for *Qui Tam* Plaintiff-Relator

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 30th day of June, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

<u>/s/ Claire M. Sylvia</u>
Claire M. Sylvia

Counsel for *Qui Tam* Relator